UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEN MCDOWELL, individually and on behalf of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | No.: 1-22-cv-01688<br><br>Honorable Franklin U. Valderrama |
| JOSEPH COLLORA, individually and on behalf of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | No.: 1-22-cv-01904<br><br>Honorable Franklin U. Valderrama |

**AGREED MOTION FOR CONSOLIDATION OF CASES,
BRIEFING SCHEDULE, AND INITIAL STATUS CONFERENCE**

Plaintiff KEN McDOWELL in No. 1-22-cv-01688 ("McDowell"), Plaintiff JOSEPH COLLORA in No. 1-22-cv-01904 ("Collora"), and Defendant MCDONALD'S CORPORATION ("McDonald's") in both cases, through undersigned counsel, respectfully request that this Court consolidate these above-referenced cases for all purposes and issue an order setting the case schedule proposed below.

    1.    McDowell filed his Complaint on March 31, 2022 in *McDowell v. McDonald's Corporation* (1:22-cv-01688), and served McDonald's with the same on April

4, 2022.  Pursuant to two agreed motions, the current deadline for McDonald's responsive pleading is June 20, 2022.  (ECF Nos. 6 and 12 in No. 1-22-cv-01688.)

2. Plaintiff Joseph Collora filed his Complaint in the related matter, *Collora v. McDonald's Corporation* (1:22-cv-01904), on April 13, 2022, and served McDonald's with the same on April 20, 2022 via a request for waiver of service, resulting in a docketed responsive pleading deadline of June 20, 2022.  (ECF No. 6 in No 1:22-cv-01904.)

3. On May 13, 2022, this Court granted Plaintiff McDowell's unopposed motion to relate the *McDowell* and *Collora* cases.  (ECF No. 10 in No. 1:22-cv-01688.)  This Court set a deadline of June 14, 2022 for the parties to file a joint initial status report.  (ECF No. 10 in No. 1:22-cv-01904.)  That date was later extended to June 27, 2022 (ECF No. 12 in No. 1-22-cv-01688.)

4. A third case, *Clark, et al. v. McDonald's Corp.,* No. 3:22-cv-00628-NJR (S.D. Ill.), involves substantially similar allegations and is presently pending in the Southern District of Illinois.  In that case, on June 1, 2022, McDonald's filed a motion to dismiss and/or transfer the case, and the plaintiffs' opposition is due on July 1, 2022.  (ECF No. 26-28 in No. 3:22-cv-00628-NJR (S.D. Ill.).)  No reply brief or live hearing is anticipated.

5. Counsel in all three cases have met and conferred on case management issues in an attempt to create efficiencies for the courts and the parties.  Those efforts have not resulted in agreement with respect to the *Clark* (S.D. Ill.) case, but they have resulted in this proposal for consolidation, a briefing schedule on McDonald's anticipated motion to dismiss, and a schedule for the initial status conference.

6. WHEREFORE, Plaintiffs McDowell and Collora and Defendant McDonald's respectfully request that the Court (a) consolidate the *McDowell* and *Collora* cases under Case No. 1-22-cv-01688; (b) set a **July 1**, **2022** deadline for plaintiffs McDowell and Collora to file a Consolidated Amended Complaint ("CAC"); and (c) set the following case schedule, if it comports with the Court's calendar:

- **August 12, 2022:** Deadline for McDonald's to move to dismiss and otherwise respond to the CAC

- **September 22, 2022**: Deadline for McDowell and Collora to oppose McDonald's motion

- **October 6, 2022:** Deadline for McDonald's to reply to McDowell and Collora's opposition

- **October 10, 2022**: Deadline for the parties to meet and confer regarding the Initial Status Report

- **October 31, 2022**: Deadline for the parties to submit the Initial Status Report

Dated: June 17, 2022

Respectfully submitted,

*For Plaintiff Joseph Collora:*

**SHUB LAW FIRM LLC**

*/s/ Kevin Laukaitis*
Jonathan Shub
Kevin Laukaitis
**SHUB LAW FIRM LLC**
134 Kings Hwy E., 2nd Fl
Haddonfield, NJ 08033
T: (856) 772-7200
klaukaitis@shublawyers.com
jshub@shublawyers.com

Brian M. Hogan
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
T: (224) 632-4500
bhogan@fkmlaw.com.

Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
T: (610) 234-6487

3

jjagher@fkmlaw.com

*For Plaintiff Ken McDowell*

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whafh.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Hac Vice* Forthcoming)
Sean L. Litteral (*Pro Hac Vice* Forthcoming)
Julia K. Venditti (*Pro Hac Vice* Forthcoming)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
slitteral@bursor.com
jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice* Forthcoming)
Alec M. Leslie (*Pro Hac Vice* Forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com
aleslie@bursor.com

*For Defendant McDonald's Corporation*

*/s/ Trenton H. Norris*
Trenton H. Norris
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Ste. 1000
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Fax: +1 415.471.3400
*Attorneys for Defendant McDonald's Corporation*

4

Lori B. Leskin
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
*Attorneys for Defendant McDonald's Corporation*

5

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the above filing was served upon counsel of record via the Court's electronic filing system on June 17, 2022.

*/s/ Trenton H. Norris*
Trenton H. Norris
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Ste. 1000
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Fax: +1 415.471.3400
*Attorneys for Defendant*