UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Ken McDowell, et al.
                            Plaintiff,

v.                                              Case No.: 1:22−cv−01688
                                                                 Honorable Franklin U. Valderrama

McDonald's Corporation
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Parties' joint motion for leave to file oversized briefs [20] is granted. The parties are granted leave to file briefs no longer than thirty (30) pages, exclusive of the signature pages and attachments, in support of and in opposition to the Motion to Dismiss. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.