# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ken McDowell, et al.

                    Plaintiff,

v.                                                   Case No.: 1:22−cv−01688

                                                            Honorable Franklin U. Valderrama

McDonald's Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 29, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court refers discovery supervision, including setting all deadlines, and settlement matters to Magistrate Judge Kim. The Court anticipates discovery will continue while the motion to dismiss [22] is pending. If the parties request a stay of discovery, they are to bring that motion before the District Court Judge. Without a stay, it is expected that discovery work will continue. Mailed notice (axc)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.