IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEN MCDOWELL and JOSEPH COLLORA, individually and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | No.: 1:22-cv-01688 <br><br> Honorable Judge Franklin U. Valderrama <br><br> Honorable Magistrate Judge Young B. Kim |

## JOINT MOTION TO STAY DISCOVERY

Plaintiffs Ken McDowell and Joseph Collora ("Plaintiffs") and Defendant McDonald's Corporation ("McDonald's"), by and through their respective counsel, respectfully request that this Court enter an order staying discovery deadlines until a ruling on McDonald's pending Motion to Dismiss ("Motion") (ECF No. 22) is issued. In support of this agreed Joint Motion, the Parties state as follows:

1. On August 29, 2022, this Court entered a Minute Entry from Honorable Judge Franklin U. Valderrama referring discovery supervision to Honorable Magistrate Judge Young Kim, and stating that discovery is anticipated to continue while McDonald's Motion is pending unless the Parties request a stay of discovery (ECF No. 27);

2. On September 5, 2022, this Court entered a Minute Entry from Honorable Magistrate Judge Young Kim stating that the Parties have until September 16, 2022 to file their motion to stay discovery or the Court will issue a scheduling order for completing discovery (ECF No. 29);

1

3. It is well-established that "[d]istrict courts have the inherent power to control their own dockets, including the power to stay proceedings before them." *Donets v. Vivid Seats LLC*, No. 20-CV-03551, 2020 WL 9812033, at *1 (N.D. Ill. Dec. 15, 2020); *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

4. Accordingly, the Parties, with good cause therefor, respectfully request the Court enter an Order approving of the following agreed-upon terms:

   i. Discovery in this action is stayed pending this Court's ruling on the Motion;

   ii. Plaintiffs and McDonald's can serve their initial discovery requests at any time, but the recipient does not have to respond to such requests until thirty (30) days after this Court's ruling on the Motion, assuming the present action is not dismissed;

   iii. With respect to such discovery responses, if the recipient has objections, the recipient will provide specific, individualized objections in a manner consistent with the recipient's discovery obligations under the Federal Rules of Civil Procedure;

   iv. The Parties will negotiate (1) a stipulated protective order regarding confidential information ("Protective Order") (which shall also be submitted for the Court's review and approval); and (2) a protocol for discovery of electronically stored information ("Protocol") before responses to such requests are due;

   v. Assuming the Protective Order has been approved and entered by the Court at the time for which such discovery responses are due, the recipient will make an initial document production concurrently with its discovery responses.

WHEREFORE, this Joint Motion has not been filed for purpose of delay or for any other improper purposes, the Parties respectfully request this Court enter a stay of discovery deadlines in this matter until after the Motion is decided, including the above agreed-upon terms.

Dated: September 14, 2022          ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Trenton H. Norris*
Trenton H. Norris (admitted *pro hac vice*)

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
Email: trent.norris@arnoldporter.com

Lori B. Leskin (admitted *pro hac vice*)
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: lori.leskin@arnoldporter.com

Cameron Davis (Bar. No. 6335765)
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
Fax: (312) 583-2360
Email: cameron.davis@arnoldporter.com

*Attorneys for Defendant*
MCDONALD'S CORPORATION

Dated: September 14, 2022          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

By: */s/ Carl V. Malmstrom*
Carl V. Malmstrom

111 W. Jackson St., Suite 1700

3

Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whafh.com

BURSOR & FISHER, P.A.

L. Timothy Fisher (*pro hac vice* forthcoming)
Sean L. Litteral (*pro hac vice* forthcoming)
Elvia M. Lopez (*pro hac vice* forthcoming)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Email: ltfisher@bursor.com
Email: slitteral@bursor.com

Joshua D. Arisohn (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* Forthcoming)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: jarisohn@bursor.com
Email: aleslie@bursor.com

SHUB LAW FIRM LLC

Jonathan Shub
Kevin Laukaitis
134 Kings Hwy E., 2nd Fl.
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
Email: klaukaitis@shublawyers.com
Email: jshub@shublawyers.com

FREED KANNER LONDON & MILLEN LLC

Brian M. Hogan
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Email: bhogan@fkmlaw.com

Jonathan M. Jagher
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487

4

jjagher@fkmlaw.com

*Attorneys for Plaintiffs*
KEN MCDOWELL and JOSEPH COLLORA

Case: 1:22-cv-01688 Document #: 30 Filed: 09/14/22 Page 5 of 6 PageID #:497

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the above filing was served upon counsel of record via the Court's electronic filing system on September 14, 2022.

*/s/ Trenton H. Norris*
Trenton H. Norris (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
Email: trent.norris@arnoldporter.com
